# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 126 EAL 2015 |
| Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| EMANUEL BRYANT, | |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.